UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No.: 8:08-cr-00628-GRA-18 |
| | ) | |
| v. | ) | |
| | ) | |
| Imelda Arroya Arellano, | ) | **ORDER** |
| | ) | (Written Opinion) |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter is before this Court on Defendant Imelda Arroya Arellano's Motion in Response to Sentence Reduction Report of U.S. Probation Office. ECF No. 1200. The Defendant filed her original Motion to Reduce Sentence on September 9, 2014. ECF No. 1195. In response to that Motion, the United States Probation Office produced a Sentence Reduction Report. ECF No. 1197. The Court reviewed the Motion to Reduce Sentence and the Sentence Reduction Report and an Order denying that Motion was entered on November 6, 2014. ECF No. 1199. Subsequently, on November 11, 2014, the Defendant filed the pending Motion, which objects to the Sentence Reduction Report. ECF No. 1200. Upon review of the objection, the Court finds no basis to alter or amend its previous Order.

**IT IS THEREFORE ORDERED** that the objection is OVERRULED and the Motion is DENIED.

**IT IS SO ORDERED.**

*[signature]*

G. Ross Anderson, Jr.
Senior United States District Judge

November 21, 2014
Anderson, South Carolina